IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TAMMY LAMBETH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No: 20-CV-04159-BCW |
| | ) |
| JUMBO LOGISTICS INC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #9) granting Defendant Jumbo Logistics Inc's Motion to Withdraw Notice of Removal and Request for Remand (Doc. #8) and Plaintiffs' Motion to Remand and, in the Alternative, Demand for a Jury Trial (Doc #6). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Willie J. Epps, Jr.'s findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #9), Defendant's Motion to Withdraw notice of Removal and Request for Remand (Doc. #8) and Plaintiffs' Motion to Remand and, in the Alternative, Demand for a Jury Trial (Doc #6) is granted. It is further

ORDERED that Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.

Accordingly, the Clerk is directed to remand this action to the Cole County Circuit Court.

DATED: 9/11/2020 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT